IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MICHELE L. LIZZIO,<br><br>        Plaintiff,<br><br>vs.<br><br>GMRI, INC. D/B/A LONGHORN STEAKHOUSE,<br><br>        Defendant. | Civil Action No. 3:18-cv-592<br><br>**JOINT MOTION TO STAY ALL PROCEEDINGS** |

**JOINT MOTION TO STAY ALL PROCEEDINGS**

Plaintiff, Michele L. Lizzio, and Defendant, GMRI, Inc. d/b/a LongHorn Steakhouse (Defendant or GMRI), jointly move this Court pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, for an order staying all proceedings pending binding arbitration of Plaintiff's claim. In support thereof, the parties state as follows:

1. Plaintiff voluntarily entered into a valid and enforceable written arbitration agreement with Defendant. *See* Plaintiff's Dispute Resolution Process Acknowledgment and DRP Booklet attached as **Exhibit A;** Electronic Acknowledgement Record attached as **Exhibit B**; 2014 DRP Booklet attached as **Exhibit C.** The arbitration provision broadly applies to "all employment-related disputes or claims brought by the Employee against the Company or the Company against the employee," and expressly identifies claims that arise under the "Americans with Disabilities Act" as an example of a covered claim. *See* Ex. A*; see also* Ex. C.

2. On November 7, 2018, Plaintiff filed a one-count Complaint against Defendant under the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq*. ("ADA") alleging that Defendant discriminated and retaliated against her due to her disability during her employment.

*See* Dkt. No. 1. Plaintiff's claim falls squarely within the parties' agreement to arbitrate. *See* Ex. A; *see also* Ex. C.

3. Plaintiff has agreed to submit her claim against Defendant to binding arbitration in accordance with the terms of the arbitration provision. Accordingly, the parties respectfully request that the Court stay this matter pending arbitration of all claims. *See* 9 U.S.C. § 3.

WHEREFORE, Plaintiff and Defendant jointly respectfully request that this Court enter an Order staying all proceedings pending completion of arbitration of all claims.

Respectfully submitted,

| | |
|---|---|
| /s/ *Eric Spengler* | /s/ *Jerry H. Walters, Jr.* |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| Eric Spengler, Bar No. 47165 | Jerry H. Walters, Jr. Bar No. 23319 |
| Spengler & Agans, PLLC | Littler Mendelson, P.C. |
| 352 N. Caswell Rd. | 100 North Tyron Street, Suite 4150 |
| Charlotte, NC 28204 | Charlotte, NC 28203 |
| (704) 910-5469 | (704) 972-7000 |
| eric@spengleraganslaw.com | jwalters@littler.com |

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to the following counsel of record:

Eric Spengler, Esq.
Spengler & Agans, PLLC
352 N. Caswell Rd.
Charlotte, NC 28204
(704) 910-5469
eric@spengleraganslaw.com

*Attorney for Plaintiff*

By: */s/ Jerry H. Walters, Jr.*
Jerry H. Walters, Jr. Bar No. 2319
jwalters@littler.com
Littler Mendelson, P.C.
Bank of America Corporate Center
100 North Tryon Street, Suite 4150
Charlotte, NC 28202
Telephone: 704.972.7000
Facsimile: 704.333.4005
*Attorneys for Defendant*

FIRMWIDE:161637578.1 069299.1185

3

Case 3:18-cv-00592-FDW-DSC   Document 8   Filed 01/04/19   Page 3 of 3