# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| MICHELE L. LIZZIO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GMRI, INC. D/B/A LONGHORN STEAKHOUSE,<br><br>　　　　Defendant. | Civil Action No.  3:18-cv-592-FDW-DSC |

## ORDER

The Court has considered the parties' "Joint Motion to Stay All Proceedings" pending binding arbitration of all claims. Document #8. After considering the Motion and the pleadings on file in the case, the Court finds the Motion meritorious; therefore, **IT IS SO ORDERED**:

1. The parties' Joint Motion to Stay All Proceedings (document #8) is **GRANTED**;

2. Pending completion of binding arbitration of all claims, this case is **STAYED**; and

3. The parties are directed to file a status report within fifteen days of conclusion of the arbitration proceeding.

**SO ORDERED**.

Signed: January 4, 2019

_____
David S. Cayer
United States Magistrate Judge